**CALCATERRA POLLACK, LLP**
Michael Liskow (SBN 243899)
*E-mail: mliskow@calcaterrapollack.com*
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Telephone: (212) 899-1761
Facsimile: (332) 206-2073

Attorney for Plaintiff
MARCELO MUTO

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO MUTO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEGA OF AMERICA, INC., PLAY IT! AMUSEMENTS, INC., KOMUSE AMERICA, INC.<br><br>Defendants. | Case No.: 5:21-cv-01161-JGB-KK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Marcelo Muto ("Plaintiff"), by and through his counsel of record, hereby voluntarily dismiss all his claims in the above-captioned action, without prejudice, against Defendant Sega of America, Inc. This notice of dismissal does not apply to any other defendant in this action.

Defendant Sega of America, Inc. has not filed or served an answer or a motion for summary judgment in the action. Accordingly, Plaintiff may dismiss all his claims in this action against Defendant Sega of America, Inc. without prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: September 7, 2021

**CALCATERRA POLLACK, LLP**

*/s/ Michael Liskow*
Michael Liskow
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1761
Fax: (332) 206-2073

**FARUQI & FARUQI, LLP**
Benjamin Heikali (State Bar No. 307466)
*bheikali@faruqilaw.com*
Joshua Nassir (State Bar No. 318344)
*jnassir@faruqilaw.com*
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

*Counsel for Plaintiff*