# EXHIBIT A

# KEY MASTER

## OWNER'S MANUAL



## IMPORTANT

–Please read the manual carefully and keep it in mind before using this machine.

–Put this manual within touch of your reference in anytime.

# ♣ PRECAUTIONS FOR USE

The following safety precautions are given throughout this manual. They must be strictly followed to protect those who install, use or maintain this product as well as to protect players, visitors and property.

For safty reasons.
- The following suggestions should be adhered to:

> ⚠ WARNING
> Disregarding could result in serious injury.

> ⚠ CAUTION
> Disregarding could result in injury or product damage.

- The following graphic suggestions describe the types of precautions to be followed.

> ⚠
> Indicates a care should be taken.

> 🚫
> Forbidden.

> 🔵
> Indicates a matter which must be performed.

- Precautions to be followed:

> **Certain procedures require a qualified in-shop maintenance person or industry specialist. For such instructions, a qualified person must take care of the jobs.**
> - Otherwise an electric shock, machine trouble, or a serious accident may result.
> - Replacing the machine parts, inspecting and maintaining the machines, and troubleshooting must be assigned only to a qualified in-shop maintenance person or industry specialist. This booklet gives instructions that hazardous jobs in particular must be handled by an industry specialist. Qualified in-shop maintenance person and industry specialist are defined as follows.
>
> **Qualified in-shop maintenance person**
> - A service staff shall have experience in operations of game machines. The staff shall be responsible for assembly, installation, inspection and maintenance of the machine.
>
> **Industry specialist**
> - An industry specialist must be engaged in designing, manufacturing, inspecting and servicing amusement machines. He or she must have an education in electrical, electronic and mechanical engineering, and routinely maintain and repair amusement machines.

# ♣ PRECAUTIONS FOR USE



**⚠ WARNING**

**Be sure to consult an industry specialist when setting up, moving or transporting this product.**
- This product should not be set up, moved or transported by any one other than an industry specialist.
- When installing this product, set the 4 leg levelers evenly on the floor and make sure that the product is installed stably in a horizontal position. Unstable installation may result in injury or accident.
- When installing this product, do not apply undue force on movable parts. Otherwise, injury and accident may result, or the product may be damaged.

**The machine for indoor usage only does not install outside.** 

**Do not set the game machine up near emergency exits.** 

**Protect the game machine from:** 
- Rain or moisture.
- Direct sunlight.
- Direct heat from air-conditioning and heating equipment, etc..
- Hazardous flammable substances.
- Otherwise an accident or malfunction may result.

**Do not place containers holding chemicals or water on or near the game machine.** 

**Do not place objects near the ventilating holes.** 

**Do not bend the power cord by force or place heavy objects on it.** 

**Never plug or unplug the power cord with wet hands.** 

**Never unplug the game machine by pulling the power cord.** 

**⚠ CAUTION**

**Be sure to use indoor wiring within the specified voltage requirements. For extension cord, use the specified rating or more.**

**Be sure to use the attached power cord.**

**Never plug more than one cord at a time into the electrical receptacle.** 

**Do not lay the power cord where people walk through.** 

**Be sure to ground this product.** 

**Do not exert excessive force when moving the machine.** 

**For proper ventilation, keep the game machine 100mm(4″) away from the walls.**

**Do not alter the system related dipswitch settings.**

# ♣ PRECAUTIONS FOR USE



**⚠ WARNING**

**If there is any abnormality such as smoke, bad smell or abnormal noise being emitted from the machine, immediately turn OFF the main power switch and unplug the power cord from the receptacle to stop operating it.**
• Using the machine in abnormal conditions could result in fire or accidents.

---
In case of abnormality
---
1. Turn OFF the main power switch.
2. Unplug the power cord from the receptacle.
3 . Contact your nearest dealer.
---

**Do not leave the power cord plugged in improperly or covered with dust.**
• Doing so could resu t the power cord periodically.

**⚠ CAUTION**

**Do not use this product anywhere other than industrial areas.**
• Using in a residential area or an area next to a residential area could affect signal reception of radios, television sets, telephones, etc..

• Do not give shock the surface of glass products.

• Please do not play this game if
  • When you do drinking;
  • When your physical condition is not normal;
  • When you are in pregnancy;
  • When you have on a pulse controller;
  • When you have recently experienced a cramp or fainting away while watching TV.
• Avoid excessive force/shock while playing/moving the game.
• While do games, pay attention to surrounding.

**Do not plug or unplug the power cord with wet hands.** 

**In handling the power cord, follow the instructions below.** 

| | |
|---|---|
| • Do not damage the power cord. | • Do not modify the power cord. |
| • Do not bend the power cord excessively. | • Do not twist the power cord. |
| • Do not heat the power cord. | • Do not pull the power cord. |
| • Do not bind the power cord. | • Do not stand on the power cord. |
| • Do not sandwich the power cord. | • Do not drive a nail into the power cord. |

**If the power cord or power plug becomes damaged, stop using the machine immediately and ask your nearest dealer to replace the parts.**

# ♣ PRECAUTIONS FOR USE

 **⚠ WARNING**

Be sure to turn OFF the main power switch and unplug the power cord from the receptacle before inspecting or cleaning the machine.

When replacing parts, be sure to use parts of the correct specifications.  Never use parts other than the specified ones. 

Opening inside the machine shall be done by machine specialist only as high electric current is being sent inside. For game machine with monitor, a care should be taken while opening its back door. If not, a damage to the inside parts or the monitor may occur.

If the sub power switch of the service panel is turned OFF without turning OFF the main power switch of the power supply unit, some parts in the units remain live.  When opening the back door, be sure to turn OFF the main power switch and unplug the power cord from the receptacle.

Strictly refrain from disassembly and repair of parts which are not indicated in this manual, as well as settings and remodeling. 

To clean the game machine, wipe it with a soft cloth dampened in a neutral detergent.
 • Using thinner of other organic solvent or alcohol may decompose the material.
 • Electrical shock or equipment failure could be caused by water entering the inside of the machine.

**⚠ CAUTION**

Components in the game are sensitive to vibrations and impact.  Care should be used when moving and transporting the game machine.
Be sure not to let the machine tip over. 

Before moving the machine, be sure to turn OFF the main power switch, unplug the power cord from the receptacle and remove the power cord form the machine. 

Before moving take the machine, off the levelers and move it on the casters.

Avoid excessive force while moving the machine.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**PRECAUTIONS IN HANDLING**

 • When setting up, inspecting, maintaining, moving or transporting this product, follow the procedures and instructions set forth in this manual and perform such work safely.

 • Do not set up, handle, inspect, maintain, move or transport this product under conditions equivalent to the condition of "WARNING" or "CAUTION" specified in this manual.

 • If a new owner is to have this product as a result of transfer, etc., be sure to give this manual to the new owner.




* 2011.10.01 VER 1.6A

| * CONTENTS |
| --- |

10. ASSEMBLING KEY MASTER (21p)

10-1.ASSEMBLING BUTTON BOX ASSY

10-2.ASSEMBLING FRONT DOOR MAIN FRAME ASSY A

10-3.ASSEMBLING FRONT DOOR MAIN FRAME ASSY B

10-4.ASSEMBLING PRIZE UP DOWN ASSY

10-5.ASSEMBLING PRIZE OUT GUIDE BOX ASSY

1. SPECIFICATION AND DIMENSIONS (2p)

   1-1. DIMENSIONS

   1-2. SPECIFICATION

10-6.ASSEMBLING PRIZE HANGER ASSY

10-7.ASSEMBLING PRIZE HANGER FIX ASSY

2. NAME OF PARTS & STICKER LOCATION (3p)

10-8.ASSEMBLING Z PUSH PIPE ASSY

10-9.ASSEMBLING Z PUSH COVER ASSY

   2-1. NAME OF PARTS

   2-2. STICKER LOCATION

10-10.ASSEMBLING Z PUSH MAIN BOX ASSY

10-11.ASSEMBLING Z AXIS PUSH ASSY

3. COMPONENTS (4p)

10-12.ASSEMBLING Y AXIS UPPER ASSY

4. HOW TO ASSEMBLE (5p)

10-13.ASSEMBLING Y STEPPING MOTOR ASSY

10-14.ASSEMBLING Y AXIS LOWER BASE ASSY

   4-1. HOW TO ASSEMBLE

10-15.ASSEMBLING PRIZE FENCE ASSY

5. SETUP MODE (6p)

10-16.ASSEMBLING Y AXIS ASSY

10-17.ASSEMBLING Y-Z AXIS ASSY

6. TEST MODE (9p)

10-18.ASSEMBLING MC TOP LAMP ASSY

10-19.ASSEMBLING X SHAFT UPPER L BRKT ASSY

7. Standard Type Mode (13p)

10-20.ASSEMBLING X SHAFT L BRKT ASSY

10-21.ASSEMBLING X SHAFT R BRKT ASSY

8. I-PAD Type Mode (15p)

10-22.ASSEMBLING MAIN BOARD PANEL ASSY

10-23.ASSEMBLING POWER PANEL ASSY

9. TROUBLE SHOOTING

10-24.ASSEMBLING BILLBOARD CABINET BOX ASSY

  * F-a. ERROR NO 1 (16p)

10-25.ASSEMBLING CASH BOX(UK OPTION)

  * F-b. ERROR NO 2,3,4 (17p)

      ASSEMBLING HOPPER PRIZE ASSY
        CAPSULE TYPE(OPTION)

  * F-c. ERROR NO 5,6 (18p)

      ASSEMBLING HOPPER PRIZE ASSY
        PIPE TYPE(TAIWAN OPTION)

  * F-d. ERROR NO 7,8 (19p)

10-26.ASSEMBLING MAIN CABINET ASSY A

10-27.ASSEMBLING MAIN CABINET ASSY B

  * F-e. ERROR NO 9,10 (20p)

10-28.ASSEMBLING KEY MASTER ALL FIX ASSY

11. SHEET (51p)

12. WIRE DIAGRAM (52p)

## 1. SPECIFICATION AND DIMENSIONS

### 1-1. DIMENSIONS







### 1-2. SPECIFICATION

| NOMINATED VOLTAGE RANGE | AC 120V/220V |
|---|---|
| NOMINATED FREQUENCY RANGE | 50Hz ~ 60Hz |
| AVERAGE POWER CONSUMPTION | 245W |
| MAXIMUM POWER CONSUMPTION | 285W |
| WEIGHT | 222Kg(489Lb) |



## 2. NAME OF PARTS & STICKER LOCATION

### 2-1. NAME OF PARTS



### 2-2. STICKER LOCATION





-3-

## 3. COMPONENTS





| NO. | PART NAME | SPEC. | QUANTITY | CODE NO. |
|-----|-----------|-------|----------|----------|
| 1 | MANUAL | MANUAL | 1 | MKEM0000002 |
| 2 | AC POWER CORD | 125V-7A(0.75)UL | 1 | MELE0ACP001 |
| | | 250V-10A(0.75)UL | | MELE0ACP008 |
| | | 250V-13A(0.75)UL (UK ONLY) | | MELE0ACP005 |
| 3 | FRONT DOOR KEY | 7001 | 2 | – |
| 4 | CASH BOX KEY | 6001 | 2 | – |
| 5 | BOLT | M4x10L | 6 | – |
| 6 | WRENCH | 1.5mm | 1ea | MXXX0REN007 |
| | | 2mm | | MXXX0REN003 |
| | | 2.5mm | | MXXX0REN001 |
| | | 3mm | | MXXX0REN004 |
| | | 4mm | | MXXX0REN002 |
| 7 | BUTTON BOX ASSY | – | 1 | MKEM0MEP004 |

4-1. HOW TO ASSEMBLE



FRONT DOOR ASSY

BUTTON BOX ASSY

1. Connect the BUTTON BOX ASSY Harness as shown above.

2. Assemble the  BUTTON BOX ASSY with enclosed bolts 6EA (M4 x 12L) to the FRONT DOOR ASSY.

– JAN.01.2012 –



| 5. SETUP MODE |
| --- |

CONTROL PANEL

5.1 Each Switch(SW1, SW2 and SW3) on Control Panel.

1) SW1 : a)Selecting each Mode and Function.

2) SW2/SW3 : a) Moving each Mode and Function.
   b) Changing each Function Value.
   c) SW2 is for SERVICE at normal mode.
   d) SW3 is for TEST at normal mode.

5.2 How to setup.

5.2.1 Enter Mode by pushing SW1. Then GSETUP Mode appears.

5.2.2 Move each Mode(GSETUP, CNTDB or END) with SW2/SW3.

5.2.3 Select  Mode(GSETUP, CNTDB or END) by pushing SW1 again.

5.2.4 The Modes are :
   – Mode display



### Factory Recommended DIP Switch Setting Table

Applied from Program version 25 .

- **Standard Prize Mode - (Factory Recommended Setting for Standard Sized Prizes)**game will assume all prize rows/arms are positioned as the game arrived from the factory.
  - o     DIP Switch 1 **OFF**
  - o     DIP Switch 2 **OFF**
  - o     DIP Switch 3 **OFF**
  - o     DIP Switch 4 **OFF**
- **I-Pad Prize Mode-(Factory Recommended Setting for I-Pad Sized Prizes)** game will assume that top row prize arms #2 and #4 have been removed and the middle prize row has been relocated to the lower mounting position.
  - o     DIP Switch 1 **ON**
  - o     DIP Switch 2 **OFF**
  - o     DIP Switch 3 **OFF**
  - o     DIP Switch 4 **OFF**

### Optional DIP Switch Settings

- Sega has added 2 additional operator control features to the game.   These settings are controlled by DIP Switch numbers 2 and 3.
  - **Operator Pay Out Control Options**
    - o **DIP SWITCH 2 -OFF-(FACTORY RECOMMENDED SETTING)**game will not reward a prize until the number of player attempts reaches the threshold of attempts set by operator.
    - o **DIP SWITCH 2 - ON** - game will pay out a prize "at some point" within the number of player attempts set by operator.
  - **Easy Vend  Mode**
    - o **DIP SWITCH 3 - OFF- (FACTORY RECOMMENDED SETTING)** game operates with operator controlled attempt settings.
    - o **ON** - game operates on Easy Vend  Mode.

\*Important : All Data must be cleared according to " ⸬CLEAR⸬ "page 8,when payout of any line is changed

– SEP.20.2010 –



SETUP FND

CONTROL PANEL

5.3 Function for GSETUP Mode.

5.3.1 At GSETUP mode, press SW1 again to enter into each function.
5.3.2 Press SW2/SW3 to move to each function.
5.3.3 After selecting each funtion, press SW1 in order to set function value.
5.3.4 Change Function Value with SW2/SW3.
5.3.5 Press SW1 again return to Function after changing Function Value.

– Mode display





– SEP.20.2010 –



CONTROL PANEL

### 5.4 Function for CNTDB Mode.

5.4.1 At CNTDB mode, press SW1 again to enter into each function.
5.4.2 Press SW2/SW3 to move to each function.
5.4.3 After selecting each funtion, press SW1 in order to set function value.
5.4.4 Change Function Value with SW2/SW3.
5.4.5 Press SW1 again return to Function after changing Function Value.

Mode display





| Function Value | Description |
|---|---|
| Sc- cnt | Total accumulated Income |
| Sc1 cnt | Total Coin accumulated Income |
| ScS cnt | Total service accumulated Income |
| PL1 cnt | The no. of dispensed prize at Lower Line |
| PL2 cnt | The no. of dispensed prize at Middle Line |
| PL3 cnt | The no. of dispensed prize at Upper Line |
| L1P cnt | The no. of attempt at Lower Line |
| L2P cnt | The no. of attempt at Middle Line |
| L3P cnt | The no. of attempt at Upper Line |
| CLEAr → SUCCES | Delete the saved data (Keep on pushing sw1 for 5 seconds) *Important : All Data must be cleared after changing payout rate. if not, payout rate is incorrect. |
| End | MODE EXIT |

*Remarks : All data are cleared after deleting the saved data, when SW1 is pushed at "END".

-8-



CONTROL PANEL

## 6. TEST MODE

6.1 Execute Test Mode by pushing SW3.
6.2 At TEST mode, press SW1 again to enter into test function.
6.3 Press SW2/SW3 to move to each function.



SW1
SELECT

Tset with Joystic or Button.

SW1
SELECT

LE: GrE — X−axis motor

SW2.SW3
MOVE

PUS PUL — Moving the push assembly forwards and backwards

SW2.SW3
MOVE

Pr ISE — Opening and closing the prize door

SW2.SW3
MOVE

UP: don — Y−axis up and down

SW2.SW3
MOVE

rot ALE — Rotating Key assembly

SW2.SW3
MOVE

co: cot — Coin counter

SW2.SW3
MOVE

Pr: cnE — Prize counter     SW2 MOVE

bI: cnE — Bill Aceptor counter

SW2.SW3
MOVE

bUE LEd — Button LED

SW2.SW3
MOVE

So und — SOUND (1~16)

SW2.SW3
MOVE

End

6.4  Check the status of sensors and switches.



TIME     CREDIT

| NO. | CONTENT | PLAY FND | | |
|---|---|---|---|---|
| 1 | X–AXIS Left Switch checking | TIME | | CREDIT |
| 2 | X–AXIS Right switch checking | | | |
| 3 | Y–AXIS up switch checking | | | |
| 4 | Y–AXIS down switch checking | | | |
| 5 | Push front sensor checking | | | |
| 6 | Push Rear sensor checking | | | |
| 7 | Push Back sensor checking | | | |
| 8 | Rotary  point sensor checking | | | |
| 9 | Joystick switch left checking | | | |
| 10 | Joystick switch right checking | | | |
| 11 | Up button switch checking | | | |
| 12 | coin sellect checking | | | |
| 13 | Setup button checking | | | |
| 14 | sevice button checking | | | |
| 15 | test button checking | | | |
| 16 | prize out open swich  checking | | | |
| 17 | prize out close swich  checking | | | |

6.5 Error mode



PLAY FND

Er 1 ——— Error with Rotating motor or sensor.

Er 2 ——— Error with Push motor or BACK(C) Switch.

Er 3 ——— Error with Push motor or FRONT(A) switch.

Er 4 ——— Error with Push motor or REAR(B) switch.

Er 5 ——— Error with stepping motor or up switch.

Er 6 ——— Error with stepping motor or down switch.

Er 7 ——— Error with x−asix motor or left switch.

Er 8 ——— Error with x−asix motor or  right switch.

Er 9 ——— Error with prize motor or up switch.

Er 10 ——— Error with prize motor or down switch.

6.6 Auto Calibration Mode.
   6.6.1 This allows machine to be calibrated automatically.
   6.6.2 Turn on machine with SW1 pushed for 3 seconds.
   6.6.3 It takes around 20 minutes.

6.7 Initializing Credit FND.
   6.7.1 Turn on machine with SW2 pushed for 3 seconds.

6.8 Confirming Calibration mode.

   6.8.1 This allows machine to automatically pass through each hole up to 999 times.
   6.8.2 Turn on machine with SW3 pushed for 3 seconds.
   6.8.3 Turn off machine to stop this mode.



SETUP FND

The no. of passing through holes.

The no. of Not passing through holes.

7. Standard Type Mode.

# STANDARD TYPE
# MAXIMUM PRIZE SIZE

Width ： 140mm
Depth ： 100mm
Height ： 170mm
Length of Tie ： 50mm

(MAIN BOARD DIP SW )







DETAIL A



DETAIL B

8. I-PAD Type Mode.



DETAIL A

| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP102 | 1 | PRIZE HANGER FIX ASSY TOP | -RED- |
| 2 | MKEM0MEP102 | 1 | PRIZE HANGER FIX ASSY MIDDLE | -BLUE- |
| 3 | MKEM0MEP102 | 1 | PRIZE HANGER FIX ASSY LOWER | -SILVER- |

## 8.2 I-PAD Type Mode.

1. Turn On the DIP SW when the power is turned off and then turn ON the power while SW1 being pushed.
   (Keep on pushing SW1 for 5 seconds)
2. It takes about 12 minutes to finish Calibration

(MAIN BOARD DIP SW )



**DETAIL B**
**IPAD TYPE**
**MAXIMUM PRIZE SIZE**
Width : 204mm
Depth : 70mm
Height : 255mm
Length of Tie : 45mm

**DETAIL C**
**IPAD TYPE**
**MAXIMUM PRIZE SIZE**
Width : 140mm
Depth : 90mm
Height : 140mm
Length of Tie : 50mm



DETAIL A

DETAIL B

DETAIL C

# 9. TROUBLE SHOOTING

## F. TROUBLE SHOOTING

* F-a. ERROR NO 1.



#Rotator Motor or  Sensor does not works properly.

| When Rotator Motor Doesn't Work. |

| Check The Harness Connected To The Motor |

| CHECK IF ANY BOLTS ON THE MOTOR ARE LOOSEN. |

| REPLACE THE MOTOR. |

| REPLACE THE MAIN BOARD. |



−TEST MODE

Rotating Key assembly





ROTATOR MOTOR     ROTATOR PIONT SENSOR

Y−AXIS SW

X−AXIS REAR SW(B)                    X−AXIS FRONT SW(A)

X−AXIS BACK SW(C)

| WHEN ROTATOR MOTOR WORKS PROPERLY. |

| CHECK IF PHOTO SENSOR  WORKS PROPERLY. |

| REPLACE THE PHOTO SENSOR PCB. |

| REPLACE THE MAIN BOARD. |

-16-

## F. TROUBLE SHOOTING



−TEST MODE

Moving the push assembly forwards and backwards

\* F−b. ERROR NO 2,3,4



X−AXIS BACK SW(C)     X−AXIS FRONT SW(A)     X−AXIS REAR SW(B)

#Push Motor or   Switch (A,b,c) does not works properly.



| When Push Motor Doesn't Work. |

| Check The Harness Connected To The Motor |

| CHECK IF ANY BOLTS ON THE MOTOR ARE LOOSEN. |

| REPLACE THE MOTOR. |

| REPLACE THE MAIN BOARD. |



ROTATOR MOTOR        ROTATOR PIONT SENSOR        Y−AXIS SW

X−AXIS REAR SW(B)        X−AXIS FRONT SW(A)

X−AXIS BACK SW(C)



| When Push Motor Works Properly. |

| Check If Switch Works Properly. |

| Replace The Main Board. |



## F. TROUBLE SHOOTING

**−TEST MODE**

UP don

Y−axis up and down

\* F−c. ERROR NO 5,6

Er 5   Er 6

#Y−axis stepping Motor or  Switch  does not works properly.

| When Steping Motor Doesn't Work. |

| Check The Harness Connected To The Motor |

| Check If Any Bolts On The Motor Are Loosen. |

| Replace The Motor. |

| Replace The Main Board. |

DETAIL A

DETAIL B

| When Steping Motor Works Properly. |

| Check If Switch  Works Properly. |

| Replace The Main Board. |

−18−

## F. TROUBLE SHOOTING

−TEST MODE



X-axis motor

\* F−d. ERROR NO 7,8



#x−asix Motor or   Switch  does not works properly.

| When x−asix Motor Doesn't Work. |

| Check The Harness Connected To The Motor |

| Check If Any Bolts On The Motor Are Loosen. |

| Replace The Motor. |

| Replace The Main Board. |



DETAIL A



DETAIL B



| When x−asix Motor Works Properly. |

| Check If Switch  Works Properly. |

| Replace The Main Board. |

-19-

## F. TROUBLE SHOOTING

−TEST MODE

Opening and closing the prize door

* F−e. ERROR NO 9,10

# prize door Motor or Switch does not works properly.



| When prize door Motor Doesn't Work. |

| Check The Harness Connected To The Motor |

| Check If Any Bolts On The Motor Are Loosen. |

| Replace The Motor. |

| Replace The Main Board. |

DETAIL A

| When prize door Motor Works Properly. |

| Check If Switch Works Properly. |

| Replace The Main Board. |

-20-

# 10.ASSEMBLING KEY MASTER ASSY

10-1.ASSEMBLING BUTTON BOX ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP001 | 1 | BUTTON BOX WELD ASSY | – |
| 2 | MKEM0SHE002 | 1 | BUTTON ACRYL A | 3T 118*498 |
| 3 | ACRM0PCB008 | 1 | PLAY FND BOARD(COIN FND PCB) | KEY MASTER |
| 4 | AZZZ000004 | 1 | LEVER ASSY(JOYSTICK) | 304 G |
| 5 | MSTB0000006 | 1 | BUTTON ASSY(BUTTON) | BULE 60MM |
| 6 | MKEM0MEP002 | 1 | BUTTON PANEL FIX BRKT | – |

10−2.ASSEMBLING FRONT DOOR MAIN FRAME ASSY A



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|---|---|---|---|---|
| 1 | MKEM0MEP003 | 1 | FRONT DOOR MAIN FRAME WELD ASSY | - |
| 2 | MKEM0MEP004 | 1 | BUTTON BOX ASSY | - |
| 3 | MKEM0MEP005 | 1 | FRONT DOOR CASH BOX A | - |
| 4 | MKEM0MEP006 | 1 | FRONT DOOR CASH BOX B | - |
| 5 | MKEM0MEP007 | 1 | PRIZE DOOR HING ASSY | - |
| 6 | MKEM0MEP008 | 1 | HOPPER PRIZE COVER BKT USA | - |
| 7 | MKEM0MEP009 | 1 | BILL ACCEPTER LOCKING WELD ASSY | - |
| 8 | MKEM0MEP010 | 1 | FRONT DOOR LOCK SUPPORT C | - |
| 9 | MKEM0MEP011 | 1 | FRONT DOOR LOCK PLATE | - |
| 10 | MZZZ0KEY032 | 1 | KEY ASS'Y 7001 | 7001 |
| 11 | MKEM0MEP012 | 1 | FRONT DOOR LOCK SUPPORT B | - |
| 12 | MZZZ0KEY013 | 1 | KEY ASS'Y 6001 | 6001 |

10-3.ASSEMBLING FRONT DOOR MAIN FRAME ASSY B



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP003 | 1 | FRONT DOOR MAIN FRAME WELD ASSY | - |
| 2 | MKEM0GLA001 | 1 | GLASS(FRONT WINDOW GLASS) | 8T Tempered glass 873.3×842 |
| 3 | MKEM0MEP013 | 2 | FRONT WINDOW FIX BRKT A | - |
| 4 | MKEM0MEP014 | 2 | FRONT WINDOW FIX BRKT B | - |
| 5 | MKEM0MEP015 | 1 | BILL PLUSE BRKT | - |
| 6 | MKEM0SHE003 | 1 | FRONT PRIZE OUT DOOR ACRYL | 5T 275×310 |
| 7 | MKEM0MEP016 | 1 | key plate(main door lock type) | - |
| 8 | MKEM0MEP017 | 1 | FRONT DOOR BILL LOCK BRKT B | - |
| 9 | OPTION A | 1 | BILL ACCEPT AE2431D5(DOWN STAKER) | - |
| 10 | MZZZ0SPE004 | 1 | SPEAKER | MID 4.5 8Ω 80W |
| 11 | MKEM0WOO003 | 1 | SPEAKER PANEL | - |
| 12 | MKEM0MEP018 | 1 | COIN PLUSE BRKT | - |
| 13 | MZZZ0COS013 | 2 | COIN SELECTOR | SG-628 |
| 14 | OPTION B | 1 | COIN SELECTOR | SR3-MONEY CTRL(UK) |

10-4.ASSEMBLING PRIZE UP DOWN ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP019 | 1 | MOTOR SUPPORT BRKT WELD | - |
| 2 | MZZZ0000278 | 2 | MICRO SWITCH(ROLL TYPE) | GSM-V1651A2 |
| 3 | MTIM0MOT003 | 1 | MOTOR | (KGY-150-K6DG15N1) |

10−5.ASSEMBLING PRIZE OUT GUIDE BOX ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP020 | 1 | PRIZE OUT GUIDE BOX WELDING ASSY | - |
| 2 | MKEM0MEP021 | 1 | PRIZE OUT GUIDE DOOR WELD ASSY | - |
| 3 | MKEM0MEP022 | 1 | PRIZE UP DOWN ASSY | - |
| 4 | MKEM0MEP023 | 1 | PRIZE ROTATE BRKT A | - |
| 5 | MKEM0PRO001 | 2 | DOOR ROTATE BUSHING | - |
| 6 | MKEM0MEP024 | 1 | PRIZE OUT PCB FIX BRKT | - |
| 7 | MKEM0MEP025 | 2 | DOOR STOPER BRKT | - |
| 8 | MZZZ0RUB003 | 2 | RUBBER (CUSHION RUBBER) | 6Φ |
| 9 | MKEM0MEP026 | 1 | DOOR ROTATE BLOCK ASSY | - |

10−6.ASSEMBLING PRIZE HANGER ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP027 | 1 | PRIZE SHOW CASE TOP BOTTOM WELD ASSY | - |
| 2 | MZZZ0000388 | 1 | PRIZE SLIDE RAIL | SANGIN 2021−250(184mm) |
| 3 | MKEM0MEP028 | 1 | PRIZE SHOW CASE TOP SLIDE b WELD ASSY | - |
| 4 | MKEM0SHE004 | 1 | PRIZE SHOW CASE TOP SLIDE ACRYL | 5T 146×147 |
| 5 | MKEM0MEP029 | 1 | PRIZE SLIDE LOCK BRKT | - |
| 6 | MKEM0SPR001 | 1 | SPRING(PRIZE RETURN SPRING) | (0.7MM) |
| 7 | MKEM0PRO022 | 1 | PRIZE SLIDE LOCK DOWN SHAFT B | - |
| 8 | MKEM0SHE014 | 1 | HOLOGRAM S SHEET | SILVER |
| | MKEM0SHE015 | 1 | HOLOGRAM R SHEET | RED |
| | MKEM0SHE016 | 1 | HOLOGRAM B SHEET | BLUE |
| 9 | MKEM0MEP031 | 1 | PRIZE SHOW CASE TOP SLIDE COVER B | - |
| 10 | - | 1 | BOLT M3 L12 | - |

10-7.ASSEMBLING PRIZE HANGER FIX ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP032 | 1 | PRIZE HANGER ASSY | - |
| 2 | MKEM0MEP033 | 1 | PRIZE SHOW CASE FIX BRKT | - |



10−8.ASSEMBLING Z PUSH PIPE ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|---|---|---|---|---|
| 1 | MKEM0PRO002 | 1 | Z PUSH PIPE | – |
| 2 | MKEM0MOT005 | 1 | MOTOR IG-22GM | 01 TYPE 1/104 |
| 3 | MKEM0COU001 | 1 | COUPLING SJC_20_GR(SET SCREW TYPE) | (D1-Φ4,D2-Φ6) |
| 4 | MKEM0PRO003 | 1 | Z PUSH SHAFT A | – |
| 5 | MELE0PHO007 | 1 | PHOTO SENSOR | LG-217L3 |
| 6 | – | 1 | BOLT M3 L12 | – |
| 7 | MKEM0PRO004 | 2 | MOTOR HOLDER R BLOCK | – |
| 8 | MKEM0PRO005 | 1 | Z PUSH PIPE BEARING CAP ASSY | – |
| 9 | MKEM0MEP034 | 1 | Z PUSH PIPE SENSOR COVER A | – |
| 10 | MKEM0PRO020 | 1 | Z PUSH PIPE CAP | – |
| 11 | MKEM0PRO006 | 2 | Z PIPE SENSING BLOCK | – |
| 12 | MKEM0MEP035 | 1 | Z PUSH PIPE CAP PLATE | – |
| 13 | MKEM0PRO007 | 1 | Z PUSH PIPE KEY PLATE | – |
| 14 | MKEM0PRO008 | 1 | Z PUSH PIPE KEY PRO | – |

10-9.ASSEMBLING Z PUSH COVER ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|---|---|---|---|---|
| 1 | MKEM0MEP036 | 1 | Z PUSH COVER WELD ASSY | - |
| 2 | MZZZ0000397 | 2 | MICRO SWITCH SS-5GLT | SM1-C5H-05B0-Z |
| 3 | - | 4 | BOLT M6 | - |
| 4 | - | 4 | WASHER 6파이 | - |
| 5 | MZZZ0BEA026 | 4 | BEARING 626ZZ | 626ZZ(6Φ,19Φ,T6.0) |
| 6 | MKEM0PRO009 | 1 | Z PUSH RACK BEARING GUIDE BLOCK | - |

10-10.ASSEMBLING Z PUSH MAIN BOX ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|---|---|---|---|---|
| 1 | MKEM0MEP037 | 1 | Z PUSH MAIN BOX | - |
| 2 | MKEM0MOT004 | 1 | MOTOR (KWA-SD1-2531-090-650) | KWA-0255-2531-1 |
| 3 | MKEM0PRO010 | 1 | Z PUSH GEAR | - |
| 4 | MKEM0MEP038 | 1 | Z PUSH MOTOR BRKT A | - |
| 5 | MKEM0MEP039 | 1 | Z PUSH MOTOR BASE BRKT | - |
| 6 | MKEM0BEA002 | 1 | BEARING F606ZZ | F606ZZ(D1-Φ4,D2-Φ6) |
| 7 | MKEM0PRO011 | 1 | Z PUSH MOTOR BUSHING | - |
| 8 | MZZZ0000397 | 1 | MICRO SWITCH SS-5GLT | SM1-C5H-05B0-Z |
| 9 | MKEM0MEP040 | 2 | Z PUSH MOTOR BRKT B | - |
| 10 | MKEM0PRO012 | 4 | Z PUSH MOTOR GUIDE SHAFT | - |
| 11 | MKEM0SPR002 | 2 | Z PUSH MOTOR GUIDE SPRING | (0.55MM) |

10-11.ASSEMBLING Z AXIS PUSH ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP041 | 1 | Z PUSH PIPE ASSY | - |
| 2 | MKEM0MEP042 | 1 | Z PUSH MAIN BOX ASSY | - |
| 3 | MKEM0MEP043 | 1 | Z PUSH COVER ASSY | - |
| 4 | MKEM0000001 | 1 | TRI 20 GUIDE | TRI20-1BC-800 |
| 5 | MKEM0MEP044 | 1 | TRI GUIDE BRKT A | - |
| 6 | MKEM0MEP045 | 1 | TIMING BELT BRKT A | - |
| 7 | MKEM0MEP046 | 1 | TIMING BELT BRKT B | - |

10-12.ASSEMBLING Y AXIS UPPER ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|---|---|---|---|---|
| 1 | MKEM0MEP047 | 1 | Y AXIS UPPER BASE WELD ASSY | - |
| 2 | MKEM0MEP048 | 1 | Y BELT PULLEY ASSY | - |
| 3 | MKEM0MEP049 | 1 | Y BELT TENSION BRKT ASSY | - |
| 4 | MKEM0BEA001 | 1 | LM BEARING HOUSING 16UU | SC16LUU |
| 5 | MZZZ0000278 | 1 | MICRO SWITCH(ROLL TYPE) | GSM-V1651A2 |
| 6 | MKEM0MEP050 | 1 | PRIZE FENCE BRKT B | - |
| 7 | MKEM0PRO013 | 1 | Y BELT PULLY HOLD ASSY | - |

10−13.ASSEMBLING Y STEPPING MOTOR ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP051 | 1 | Y STEPPING MOTOR BRKT | - |
| 2 | MKEM0MOT001 | 1 | STEPPING MOTOR | 4S56Q-08254SG(HG6003-A-RD) |
| 3 | MKEM0PRO014 | 1 | Y STEPPING MOTOR PULLEY A | - |
| 4 | MZZZ0000278 | 1 | MICRO SWITCH(ROLL TYPE) | GSM-V1651A2 |

10-14.ASSEMBLING Y AXIS LOWER BASE ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP052 | 1 | Y AXIS LOWER BASE WELD ASSY | - |
| 2 | MKEM0MEP053 | 1 | Y AXIS LOWER BASE CABLE BRKT A | - |
| 3 | MKEM0BEA001 | 1 | LM BEARING HOUSING 16UU | SC16LUU |
| 4 | MZZZ0000278 | 2 | MICRO SWITCH(ROLL TYPE) | GSM-V1651A2 |

10-15.ASSEMBLING PRIZE FENCE ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP054 | 1 | PRIZE FENCE BRKT A | - |
| 2 | MKEM0PRO015 | 2 | PRIZE FENCE SHAFT A | - |

10-16.ASSEMBLING Y AXIS ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP055 | 1 | Y TRI 20 GUIDE BRKT WELD ASSY | - |
| 2 | MKEM0000001 | 1 | TRI 20 GUIDE RAIL | TRI20-1BC-800 |
| 3 | MKEM0MEP056 | 1 | Y AXIS UPPER ASSY | - |
| 4 | MKEM0MEP057 | 1 | PRIZE FENCE ASSY | - |
| 5 | MKEM0MEP058 | 1 | Y STTEPING MOTOR COVER | - |
| 6 | MKEM0MEP059 | 1 | CABLE CHAIN GUIDE BRKT | - |
| 7 | MKEM0MEP060 | 1 | Y STEPPING MOTOR ASSY | - |
| 8 | MKEM0MEP061 | 1 | Y AXIS LOWER BASE ASSY | - |
| 9 | MKEM0MEP062 | 1 | X,Y ASSY FIX BRKT | - |
| 10 | MZZZ0RUB003 | 1 | CUSHION RUBBER | 6Φ |

10-17.ASSEMBLING Y-Z AXIS ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP063 | 1 | Y AXIS ASSY | - |
| 2 | MKEM0MEP064 | 1 | Z AXIS PUSH ASSY | - |
| 3 | MKEM0CAB001 | 1 | CABLE CHAIN KJP 0150 | 0150-1B R28 62LINK |
| 4 | MKEM0CAB002 | 1 | CABLE CHAIN KJP 0180 | 0180-1B R28 52LINK |
| 5 | MKEM0WIR001 | 1 | WIRE TENSION SPRING ASSY | (WIRE 1.25Φ1810MM) |
| 6 | MKEM0BEL001 | 1 | TIMMING BELT(XL-037) | 1876XL-037(OPEN XL-9.5W-U) |

10−18.ASSEMBLING MC TOP LAMP ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|---|---|---|---|---|
| 1 | MKEM0MEP065 | 1 | MC TOP LAMP BRKT B | - |
| 2 | MKEM0WOO004 | 1 | TOP LAMP PANEL | - |
| 3 | MZZZ0000386 | 4 | ELECTRONIC BALLAST 110/220 | EPL 110V55W 1 |
| | MZZZ0000338 | 2 | | EPL 220V 55W 2 |

10-19.ASSEMBLING X SHAFT UPPER L BRKT ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP066 | 1 | X SHAFT UPPER LBRKT | - |
| 2 | MKEM0PRO016 | 1 | X UPPER SHAFT | - |
| 3 | MZZZ0RUB003 | 1 | CUSHION RUBER | 6Φ |

10−20.ASSEMBLING X SHAFT L BRKT ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|---|---|---|---|---|
| 1 | MKEM0MEP067 | 1 | X SHAFT L BRKT | − |
| 2 | MKEM0PRO017 | 1 | X WIRE ROLLER BUSHING | − |
| 3 | MZZZ0RUB003 | 1 | CUSHION RUBER | 6Φ |
| 4 | MKEM0PRO018 | 1 | X WIRE ROLLER A | − |
| 5 | MZZZ0BEA013 | 1 | BEARING 696ZZ | 696ZZ |
| 6 | MKEM0MEP068 | 1 | X SHAFT UPPER R BRKT D | − |

10-21.ASSEMBLING X SHAFT R BRKT ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP069 | 1 | X SHAFT R BRKT | - |
| 2 | MKEM0PRO021 | 1 | X MOTOR ROLLER B | - |
| 3 | MKEM0PRO019 | 1 | X LOWER SHAFT | - |
| 4 | MZZZ0RUB003 | 1 | CUSHION RUBER | 6Φ |
| 5 | MKEM0MOT003 | 1 | DC MOTOR | KGE-0083-3448D-SMR-03 12V |

10-22.ASSEMBLING MAIN BOARD PANEL ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|---|---|---|---|---|
| 1 | MKEM0WOO005 | 1 | MAIN BOARD PANEL | - |
| 2 | MKEM0MEP071 | 1 | CONTROL PANEL BRKT | - |
| 3 | ACRM0PCB001 | 1 | MAIN BOARD PCB | KEY MASTER |
| 4 | ACRM0PCB002 | 1 | CPU BOARD | KEY MASTER |
| 5 | AKEM0PCB001 | 1 | IO BOARD | KEY MASTER |
| 6 | AALA0PCB004 | 1 | SETUP FND BOARD | KEY MASTER |
| 7 | AMUN0PCB003 | 1 | VR-BOARD-VR-080125 | KEY MASTER |
| 8 | MZZZ0COU002 | 3 | COUNTER | AMMC-712(OA127CL) |
| 9 | MELE0PUS001 | 1 | PUSH BUTTON SWITCH-R | 412R |
| 10 | MELE0PUS002 | 2 | PUSH BUTTON SWITCH-W | 412W |

10−23.ASSEMBLING POWER PANEL ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0WOO006 | 1 | POWER PANEL | - |
| 2 | MKEM0MEP072 | 1 | AC POWER SWITCH BRKT (AC INPUT NOISE FILTER BRKT) | - |
| 3 | MELE0SWI004 | 1 | ROCKER SWITCH | T-125 4P |
| 4 | MELE0TEB001 | 1 | TERMINAL BLOCK | 6P UL |
| 5 | MELE0SMP018 | 1 | POWER-SMPS CSR028A | DC5V-8A 12V-7A |
| | MELE0SMP008 | 1 | POWER-SMPS (UK ONLY) | MSF 60-BDW,5V-4A,12V-3A |

10−24.ASSEMBLING BILLBOARD CABINET BOX ASSY



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP073 | 1 | BILLBOARD LAMP WELD ASSY | - |
| 2 | MKEM0MEP074 | 1 | BILLBOARD CABINET BOX | - |
| 3 | MKEM0WOO007 | 1 | PL LIGHT PW (PANEL) | - |
| 4 | MKEM0SHE001 | 1 | BILLBOARD ACRYL | - |
| 5 | MTIM0ELE001 | 1 | ELECTRONIC BALLAST | 110V36W 2 P/L LAMP |
|   | MMST0ELE005 | 1 |  | 220V36W 2 P/L LAMP |
| 6 | MMST0ELE006 | 2 | LAMP(PL) | 36W P/L LAMP |
| 7 | MZZZ0000371 | 1 | PL RECEPTACLE | Socket"I" TYPE + SUS loop |

10-25.ASSEMBLING CASH BOX(UK OPTION)

# −OPTION 1−



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP003 | 1 | FRONT DOOR MAIN FRAME WELD ASSY | - |
| 2 | OPTION B | 1 | SR3-MONEY CTRL(UK) | - |
| 3 | OPTION C | 1 | COUNTER UK (SR3) | - |
| 4 | OPTION D | 1 | EXCEL CREDIT(SR3) PCB | - |
| 5 | MKEM0MEP005 | 1 | FRONT DOOR CASH BOX A | - |
| 6 | MKEM0MEP106 | 1 | COIN CHUT BRKT(STANDARD) | - |
| 7 | MKEM0MEP018 | 1 | COIN PLUSE BRKT | - |

10-25. ASSEMBLING HOPPER PRIZE ASSY
CAPSULE TYPE (OPTION)

# —OPTION 2—





| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP075 | 1 | HOPPER PRIZE COVER BKT | - |
| 2 | MKEM0MEP076 | 1 | HOPPER PRIZE INNER BKT | - |
| 3 | MKEM0MEP077 | 1 | HOPPER PRIZE DOOR BRKT | - |
| 4 | MKEM0ACR006 | 1 | HOPPER PRIZE DOOR ACRYL | - |
| 5 | MKEM0MEP078 | 1 | HOPPER PRIZE INNER COVER BKT | - |
| 6 | MKEM0MEP079 | 1 | HOPPER PRIZE SLOOP GUIDE BRKT | - |
| 7 | MKEM0MEP080 | 1 | HOPPER FIX BKT | - |
| 8 | MLIM0PCB004 | 1 | HOPPER DISPENSER BOARD PCB | - |
| 9 | MLIM0000003 | 1 | CAPSULE HOPPER MACHINE | - |
| 10 | MKEM0MEP106 | 1 | PIPE HOPPER SLIDE FIX BRKT | - |
| 11 | MKEM0MEP107 | 1 | CASULE MAIN BOX PLUSE COVER | - |
| 12 | MKEM0WOO008 | 1 | Capsule Type Hopper bottom panel | - |

10−25.ASSEMBLING HOPPER PRIZE ASSY
CAPSULE TYPE(TAIWAN OPTION)

# −OPTION 3−



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|---|---|---|---|---|
| 6 | MKEM0MEP079B | 1 | CAPSULE HOPPER GUIDE BRKT WELD ASS'Y | TAIWAN TYPE |
| 7 | MKEM0MEP080 | 1 | HOPPER FIX BKT | - |
| 8 | MLIM0PCB004 | 1 | HOPPER DISPENSER BOARD PCB | - |
| 9 | MLIM0000003 | 1 | CAPSULE HOPPER MACHINE | - |
| 10 | MKEM0MEP106 | 1 | PIPE HOPPER SLIDE FIX BRKT | - |
| 11 | MKEM0MEP107 | 1 | CASULE MAIN BOX PLUSE COVER | - |
| 12 | MKEM0WOO008 | 1 | Capsule Type Hopper bottom panel | - |

10-26.ASSEMBLING MAIN CABINET ASSY A



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP081 | 1 | MAIN CABINET WELD ASSY | - |
| 2 | MKEM0MEP082 | 1 | MAIN BOARD PANEL ASSY | - |
| 3 | MKEM0MEP083 | 1 | X SHAFT L BRKT ASSY | - |
| 4 | MKEM0MEP084 | 1 | X SHAFT R BRKT ASSY | - |
| 5 | MKEM0MEP085 | 1 | HARRNESS BRKT(T5 LAMP BRKT) | - |
| 6 | MKEM0MEP086 | 1 | X SHAFT UPPER L BRKT ASSY | - |
| 7 | MKEM0MEP087 | 1 | MC TOP LAMP ASSY | - |
| 8 | MKEM0MEP088 | 1 | POWER PANEL ASSY | - |
| 9 | MZZZ0CAS005 | 4 | STOPPER | LEVELING FOOT STEEL M16X125L |
| 10 | MZZZ0CAS004 | 4 | CASTER | 3" |

10-27.ASSEMBLING MAIN CABINET ASSY B



| NO. | CODE NO. | QUANTITY | PART NAME | SPEC. |
|-----|----------|----------|-----------|-------|
| 1 | MKEM0MEP081 | 1 | MAIN CABINET WELD ASSY | - |
| 2 | MKEM0MEP089 | 1 | NOISE FILTER BRKT(AC NOISE BRKT) | - |
| 3 | MELE0NOI002 | 1 | NOISE FILTER | IP-0642-H2 |
| 4 | MKEM0MEP090 | 1 | AC CORD COVER BRKT | - |
| 5 | MKEM0MEP091 | 1 | MAIN CABINET INNOR PLATE | - |
| 6 | MKEM0MEP092 | 1 | CABINET INNER COVER A | - |
| 7 | MKEM0MEP093 | 1 | MC FRONT DOOR LOCK HOLD BRKT | - |
| 8 | MKEM0MEP094 | 4 | MC SIDE WINDOW FIX BRKT A | - |
| 9 | MKEM0MEP095 | 4 | MC SIDE WINDOW FIX BRKT B | - |
| 10 | MKEM0GLA002 | 2 | MC SIDE WINDOW GLASS | 8T Tempered glass 432×832 |
| 11 | MKEM0ACR005 | 1 | MIRROR ACRYL | 2T MIRROR 867*807.8 |
| 12 | MKEM0MEP096 | 1 | X SHAFT UPPER R BRKT C | - |
| 13 | MKEM0MEP097 | 1 | X SHAFT UPPER R BRKT B | - |
| 14 | MKEM0MEP098 | 1 | PRIZE OUT GUIDE FRONT ANGLE | - |
| 15 | MZZZ0000322 | 4 | LMAP PL | 55W |
| 16 | MZZZ0000371 | 4 | PL RECEPTACLE | Socket"I" TYPE + SUS loop |





CAPSULE TYPE OPTION

AGRM0PC5D01
MAIN BOARD

PENCIL TYPE OPTION

A

B

C

| Coin | (DIP SW4) | (DIP SW3) | (DIP SW2) | (DIP SW1) |
|---|---|---|---|---|
| Not use | OFF | OFF | OFF | OFF |
| 1 | ON | OFF | OFF | OFF |
| 2 | OFF | ON | OFF | OFF |
| 3 | ON | ON | OFF | OFF |
| 4 | OFF | OFF | ON | OFF |
| 5 | ON | OFF | ON | OFF |
| 6 | OFF | ON | ON | OFF |
| 7 | ON | ON | ON | OFF |
| 8 | OFF | OFF | OFF | ON |
| 9 | ON | OFF | OFF | ON |
| 10 | OFF | ON | OFF | ON |
| 11 | ON | ON | OFF | ON |
| 12 | OFF | OFF | ON | ON |
| 13 | ON | OFF | ON | ON |
| 14 | OFF | ON | ON | ON |
| 15 | ON | ON | ON | ON |

DISPENSER BOARD 2 (DIP SW )

KMKM-030A

KMKM-027A

KMKM-028A

KMKM-026A

PENCIL ID BOARD

KMKM-029A

PENCIL OUT SW

M

DISPENSER BOARD 2

KMKM-031A

DISPENSER

M

CASULE SENSOR

KEY MASTER WIRE DIAGRAM 1/3

KIDMUSE CO.,LTD

-54-