PILLSBURY WINTHROP SHAW PITTMAN LLP
FUSAE NARA (*pro hac vice pending*)
fusae.nara@pillsburylaw.com
MARIAH L. BRANDT (SBN 224076)
mariah.brandt@pillsburylaw.com
PAULEEN TRUONG (SBN 317914)
pauleen.truong@pillsburylaw.com
STEPHANIE M. COUGHLAN (*pro hac vice pending*)
stephanie.coughlan@pillsburylaw.com
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone:    213.488.7100
Facsimile:    213.629.1033

Attorneys for Defendants
SEGA AMUSEMENTS INTERNATIONAL, LTD.
and SEGA CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MARCELO MUTO, individually and on behalf of all others similarly situated,

Plaintiff,

v.

SEGA AMUSEMENTS INTERNATIONAL LTD., SEGA CORPORATION, PLAY IT! AMUSEMENTS, INC.,

Defendants.

Case No. 5:21-cv-01161-JGB-KK

STIPULATED BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS AND STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

Crt Rm:  1
Judge:   Hon. Jesus G. Bernal

IT IS HEREBY STIPULATED by and between Plaintiff Marcelo Muto ("Plaintiff") and Defendants Sega Amusements International Ltd., Sega Corporation (collectively "Sega") and Play It! Amusements, Inc. ("Play It!", and all defendants collectively "Defendants"), by and through their respective counsel:

- 1 -

Case No. 5:21-cv-01161-JGB-KK
STIPULATED BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS AND STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

1. that Sega will notice its motion to dismiss and motion to strike Plaintiff's First Amended Complaint for a hearing date of **April 25, 2022** (which is at least 28 days after Sega's January 25, 2022 deadline to respond to the complaint in accordance with Local Rule 6-1), and Play It! will file a joinder to those motions;

2. the date by which Plaintiff may file an opposition to Defendants' motions to dismiss and strike is **March 11, 2022** (which is not later than 21 days before the April 25, 2022 hearing date in accordance with Local Rule 7-9); and

3. the date by which Defendants may each file a reply in further support of their motions to dismiss and strike is **April 11, 2022** (which is not later than 14 days before the April 25, 2022 hearing date in accordance with Local Rule 7-10).

Dated: January 24, 2022.

                          PILLSBURY WINTHROP SHAW PITTMAN LLP

                          By: */s/ Mariah L. Brandt*

                              Fusae Nara
                              Mariah L. Brandt
                              Pauleen Truong
                              Stephanie Coughlan

                              *Attorney for Defendants SEGA AMUSEMENTS INTERNATIONAL LTD. and SEGA CORPORATION*

- 2 -

Case No. 5:21-cv-01161-JGB-KK
STIPULATED BRIEFING SCHEDULE ON DEFENDANTS'
MOTIONS TO DISMISS AND STRIKE PLAINTIFF'S FIRST
AMENDED COMPLAINT

1 | Dated: January 24, 2022.
2 |                                          CHAPMAN SPINGOLA LLP

By: */s/ Robert A. Chapman*

Robert A. Chapman
*Attorney for Defendant PLAY IT! AMUSEMENTS, INC.*

Dated: January 24, 2022.

                                         FARUQI & FARUQI, LLC

By: */s/ Benjamin Heikali*

Benjamin Heikali
*Attorney for Plaintiff Marcelo Muto*

- 3 -

Case No. 5:21-cv-01161-JGB-KK
STIPULATED BRIEFING SCHEDULE ON DEFENDANTS'
MOTIONS TO DISMISS AND STRIKE PLAINTIFF'S FIRST
AMENDED COMPLAINT

# FILER'S ATTESTATION OF SIGNATURES

Pursuant to Civil Local Rule 5-4.3.4(a)(2) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained.

Dated: January 24, 2022.

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Mariah L. Brandt*

Mariah L. Brandt
*Attorney for Defendants SEGA AMUSEMENTS INTERNATIONAL LTD. and SEGA CORPORATION*

- 4 -

Case No. 5:21-cv-01161-JGB-KK
STIPULATED BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS AND STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT