1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   FUSAE NARA (*pro hac vice pending*)
2  fusae.nara@pillsburylaw.com
   MARIAH L. BRANDT (SBN 224076)
3  mariah.brandt@pillsburylaw.com
   PAULEEN TRUONG (SBN 317914)
4  pauleen.truong@pillsburylaw.com
   STEPHANIE M. COUGHLAN (*pro hac vice pending*)
5  stephanie.coughlan@pillsburylaw.com
   725 South Figueroa Street, 36th Floor
6  Los Angeles, CA 90017-5524
   Telephone:     213.488.7100
7  Facsimile:     213.629.1033

8  Attorneys for Defendants
   SEGA AMUSEMENTS INTERNATIONAL LTD.
9  and SEGA CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO MUTO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SEGA AMUSEMENTS INTERNATIONAL LTD., SEGA CORPORATION, PLAY IT! AMUSEMENTS, INC.,<br><br>Defendants. | Case No. 5:21-cv-01161-JGB-KK<br><br>**DEFENDANTS SEGA AMUSEMENTS INTERNATIONAL LTD. AND SEGA CORPORATION'S CERTIFICATE OF INTERESTED PARTIES [FED R. CIV. P. 7.1 AND L.R. 7.1-1]**<br><br>Date: April 25, 2022<br>Time: 9:00 a.m.<br>Dept:       1<br><br>Trial Date: TBD<br><br>Hon. Jesus G. Bernal |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7-1.1, |
| 2 | Defendants Sega Amusements International Ltd. and Sega Corporation provide the |
| 3 | following statements: |
| 4 | Sega Amusement International Ltd. states that: (1) its parent corporation is |
| 5 | Kaizen Entertainment Ltd.; and (2) no publicly held corporation owns 10% or more of |
| 6 | Sega Amusement International Ltd.'s stock. |
| 7 | Sega Corporation states that: (1) its parent corporation is Sega Sammy |
| 8 | Holdings Inc.; and (2) no publicly held corporation owns 10% or more of Sega |
| 9 | Corporation's stock. |
| 10 | Sega Amusements International Ltd. and Sega Corporation further certify that |
| 11 | as of this date there is no person or entity, other than the named parties, the entities |
| 12 | mentioned herein, and members of Plaintiff's proposed class, known to have a |
| 13 | financial interest in the subject matter in controversy or in a party to the proceeding, |
| 14 | or any other interest that could be substantially affected by the outcome of the |
| 15 | proceeding. |

Dated: January 25, 2022

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:  */s/ Mariah L. Brandt*
FUSAE NARA
MARIAH L. BRANDT
PAULEEN TRUONG
STEPHANIE M. COUGHLAN

Attorneys for Defendants SEGA AMUSEMENTS INTERNATIONAL LTD. and SEGA CORPORATION

SEGA DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES
Case No. 5:21-cv-01161-JGB-KK

4889-5660-9540