**FARUQI & FARUQI, LLP**
Benjamin Heikali (State Bar No. 307466)
*bheikali@faruqilaw.com*
Joshua Nassir (State Bar No. 318344)
*jnassir@faruqilaw.com*
Ruhandy Glezakos (State Bar No. 307473)
*rglezakos@faruqilaw.com*
10866 Wilshire Boulevard, Suite 1470
Los Angeles, California 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

**CALCATERRA POLLACK LLP**
Michael Liskow (State Bar No. 243899)
*mliskow@calcaterrapollack.com*
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1761
Fax: (332) 206-2073

*Attorneys for Plaintiff Marcelo Muto*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MARCELO MUTO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEGA AMUSEMENTS INTERNATIONAL LTD., SEGA CORPORATION, PLAY IT! AMUSEMENTS, INC.<br><br>Defendants. | Case No. 5:21-cv-01161-JGB-KK<br><br>**(CORRECTED) UNOPPOSED REQUEST BY MICHAEL LISKOW TO APPEAR BY ZOOM VIDEOCONFERENCE FOR HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE** |

Pursuant to Judge Bernal's Procedures, Plaintiff Marcelo Muto ("Plaintiff") hereby requests leave for his counsel, Michael Liskow, to participate remotely by Zoom videoconference for the hearing on the defendants Motion to Dismiss the First Amended Complaint and Strike Class Allegations and Motion for Joinder in such Motion ("Motions").  The Court has recently moved the hearing from April 25, 2022 to May 16, 2022.  *See* ECF No. 58.

Good cause exists for this request because Mr. Liskow works and resides in New York, New York.  Travel and lodging to and from the hearing would cause Plaintiff to incur substantial expense.  Furthermore, Joshua Nassir, co-counsel for Plaintiff who resides in Los Angeles, plans to attend the hearing in person.  Plaintiff therefore respectfully request that Mr. Liskow be permitted to appear and argue by Zoom videoconference at the hearing.

Plaintiff met and conferred with defendants on the above request and those parties consented to the request.

Date: May 10, 2022                                    Respectfully submitted,

                                             **CALCATERRA POLLACK LLP**

                                             By:  /s/ Michael Liskow
                                                 Michael Liskow (SBN 243899)
                                                 *mliskow@calcaterrapollack.com*
                                                 1140 Avenue of the Americas, 9th Floor
                                                 New York, NY 10036-5803
                                                 Tel: (212) 899-1761
                                                 Fax: (332) 206-2073

                                             *Counsel for Plaintiff*