**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| MARCELO MUTO, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>SEGA AMUSEMENTS INTERNATIONAL LTD., SEGA CORPORATION, PLAY IT! AMUSEMENTS, INC.<br><br>            Defendants. | Case No. 5:21-cv-01161-JGB-KK<br><br>**ORDER GRANTING UNOPPOSED REQUEST BY MICHAEL LISKOW TO APPEAR BY ZOOM VIDEOCONFERENCE FOR HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND TO STRIKE**<br><br>Date:    May 16, 2022<br>Time:   9:00 a.m.<br>Dept:   1<br><br>Trial Date: TBD<br>Hon. Jesus G. Bernal |

ORDER GRANTING UNOPPOSED REQUEST TO APPEAR BY VIDEO

1  The Court, having considered Plaintiff Marcelo Muto's ("Plaintiff") Request for Michael Liskow to Appear by Zoom Videoconference for defendants' Motion to Dismiss the First Amended Complaint and Strike Class Allegations and Motion for Joinder in such Motion ("Motions"), and upon a showing of good cause, GRANTS the Request.

IT IS HEREBY ORDERED:

1. Plaintiff's counsel Michael Liskow may appear by Zoom Videoconference for the hearing on the Motions, which is currently set for May 16, 2022.

Dated: May 12, 2022

_____
Honorable Jesus G. Bernal
United States District Court Judge