**FARUQI & FARUQI, LLP**
Benjamin Heikali (State Bar No. 307466)
*bheikali@faruqilaw.com*
Joshua Nassir (State Bar No. 318344)
*jnassir@faruqilaw.com*
Ruhandy Glezakos (State Bar No. 307473)
*rglezakos@faruqilaw.com*
1901 Avenue of the Stars, Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

**CALCATERRA POLLACK LLP**
Michael Liskow (State Bar No. 243899)
*mliskow@calcaterrapollack.com*
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1761
Fax: (332) 206-2073

*Attorneys for Plaintiff Marcelo Muto*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MARCELO MUTO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEGA AMUSEMENTS INTERNATIONAL LTD., SEGA CORPORATION, PLAY IT! AMUSEMENTS, INC.<br><br>Defendants. | Case No. 5:21-cv-01161-JGB-KK<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATMENT** |

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

1  TO THE COURT, ALL PARITES AND THEIR ATTORNEYS OF RECORD:

2      Notice is hereby given that Plaintiff Marcelo Muto ("Plaintiff") appeals to the
3  United States Court of Appeals for the Ninth Circuit from the District Court's June
4  2, 2022 Order Granting Defendant's Motion to Dismiss (ECF No. 69).

5      Plaintiff's Representation Statement is attached to this Notice as required by
6  Ninth Cir. R. 3-2(b) and F.R.A.P. 12(b).

Date: July 5, 2022

**FARUQI & FARUQI, LLP**

By: */s/ Benjamin Heikali*
    Benjamin Heikali (SBN 307466)
    *bheikali@faruqilaw.com*
    Joshua Nassir (SBN 318344)
    *jnassir@faruqilaw.com*
    Ruhandy Glezakos (SBN 307473)
    *rglezakos@faruqilaw.com*
    1901 Avenue of the Stars, Suite 1060
    Los Angeles, California 90067
    Telephone: (424) 256-2884
    Facsimile: (424) 256-2885

**CALCATERRA POLLACK LLP**
    Michael Liskow (SBN 243899)
    *mliskow@calcaterrapollack.com*
    1140 Avenue of the Americas, 9th Floor
    New York, NY 10036-5803
    Tel: (212) 899-1761
    Fax: (332) 206-2073

*Counsel for Plaintiff*

## REPRESENTATION STATEMENT

The undersigned represent Plaintiff Marcelo Muto ("Plaintiff"). Attached is a service list that shows all parties to the action and identifies their counsel by name, firm, address, email, and telephone numbers. *See* Ninth Cir. R. 12-2; Ninth Cir. R. 3-2(b);F.R.A.P. 12(b).

Date: July 5, 2022

**FARUQI & FARUQI, LLP**

By: */s/ Benjamin Heikali*
Benjamin Heikali (SBN 307466)
*bheikali@faruqilaw.com*
Joshua Nassir (SBN 318344)
*jnassir@faruqilaw.com*
Ruhandy Glezakos (SBN 307473)
*rglezakos@faruqilaw.com*
1901 Avenue of the Stars, Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

# SERVICE LIST OF REPRESENTATION STATEMENT

<u>Plaintiff and Appellant:</u>
Marcelo Muto

<u>Counsel for Plaintiff and Appellant:</u>
Benjamin Heikali (SBN 307466)
*bheikali@faruqilaw.com*
Joshua Nassir (SBN 318344)
*jnassir@faruqilaw.com*
Ruhandy Glezakos (SBN 307473)
*rglezakos@faruqilaw.com*
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, California 90067
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

<u>Defendants and Appellees:</u>
Sega Amusements International Ltd., Sega Corporation, and Play It! Amusements, Inc.

<u>Counsel for Sega Amusements International Ltd. and Sega Corporation</u>

Fusae Nara (*Admitted pro hac*)
fusae.nara@pillsburylaw.com
Mariah L. Brandt (SBN 224076)
*mariah.brandt@pillsburylaw.com*
Pauleen Truong (SBN 317914)
*pauleen.truong@pillsburylaw.com*
Stephanie M. Coughlan (*Admitted pro hac*)
*stephanie.coughlan@pillsburylaw.com*
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017-5524
Telephone: 213.488.7100
Facsimile: 213.629.1033

NOTICE OF APPEAL AND REPRESENTATION STATEMENT
3

<u>Counsel for Play It! Amusements, Inc.</u>

Robert A. Chapman (*Admitted pro hac*)
*rchapman@chapmanspingola.com*
Erica K. Achepohl
*eachepohl@champanspringola.com*
**CHAPMAN SPINGOLA LLP**
190 S. LaSalle Street, Suite 3850
Chicago, Illinois 60603
Telephone: (312) 606-8752
Facsimile: (312) 630-9233

Michael R. Williams (SBN 192222)
*mwilliams@bklwlaw.com*
Alexis P. Federico (SBN 313392)
*afederico@bklwlaw.com*
**BIENERT KATZMAN LITTRELL WILLIAMS LLP**
903 Calle Amanecer, Suite 350
San Clemente, California 92673
Telephone: (949) 369-3700
Facsimile: (949) 369-3701

NOTICE OF APPEAL AND REPRESENTATION STATEMENT
4

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, a copy of the foregoing Notice of Appeal and Representation Statement has been electronically filed via the Court's ECF system and by First Class U.S. Mail to the parties set forth above.

Date: July 5, 2022

**FARUQI & FARUQI, LLP**

By: */s/ Benjamin Heikali*
   Benjamin Heikali (SBN 307466)
   *bheikali@faruqilaw.com*
   Joshua Nassir (SBN 318344)
   *jnassir@faruqilaw.com*
   Ruhandy Glezakos (SBN 307473)
   *rglezakos@faruqilaw.com*
   1901 Avenue of the Stars, Suite 1060
   Los Angeles, California 90067
   Telephone: (424) 256-2884
   Facsimile: (424) 256-2885